IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DAVID M. CREEL, #02498533               §

VS.                                     §          CIVIL ACTION NO. 4:26-CV-421

UNITED STATES OF AMERICA                §

<u>MEMORANDUM OPINION REGARDING TRANSFER</u>

Petitioner David M. Creel, an inmate confined at the Choice Moore Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

<u>Discussion</u>

During March 2024, in the District Court of Shelby County, Texas, Petitioner was convicted of a felony charge for abandoning or endangering a child, Cause No. 21CR-21938.[1] Petitioner was sentenced to a term of two years' imprisonment in the Texas Department of Criminal Justice, Correctional Institutions Division. Petitioner brings this petition attacking his conviction.

Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district court for the district wherein such person is in custody or in the district court for the district within which he was convicted. Section 2241(d) further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner is currently confined at the Choice Moore Unit in Bonham, Texas which is located in the Sherman Division of the Eastern District of Texas. However, Petitioner was

---

[1] *See* Texas Department of Criminal Justice, Correctional Institutions Division website, Inmate Information Details, https://inmate.tdcj.texas.gov/InmateSearch/viewDetail.action?sid=06497680.

convicted and sentenced in Shelby County, Texas.  Pursuant to 28 U.S.C § 124, Shelby County is in the Lufkin Division of the Eastern District of Texas.

While jurisdiction is proper in the Sherman Division of the Eastern District of Texas because the prisoner is confined within the district court's territorial boundaries, the court has considered the circumstances and has determined that the interests of justice would best be served if this petition were transferred to the division in which Petitioner was convicted.

Under 28 U.S.C. § 1404(a), for the convenience of parties and witnesses and in the interest of justice, a district court may transfer any civil action to any other district or division where it could have been brought.  Such a transfer may be done *sua sponte* and is reviewable only for an abuse of discretion.  *Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 761 (5th Cir. 1989).

Since Petitioner complains of a conviction which occurred in the Lufkin Division of the Eastern District of Texas and all records and witnesses involving this action may be located in that division, the transfer of this action to such division would further justice.  Therefore, it is the opinion of the undersigned that this petition should be transferred to the United States District Court for the Eastern District of Texas, Lufkin Division.  Accordingly, it is

**ORDERED** that the Clerk of Court will **TRANSFER** this action to the Clerk of Court for the United States District Court for the Eastern District of Texas, Lufkin Division.

**SIGNED this the 24th day of April, 2026.**

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE

2